**Order entered May 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00378-CV

### TODD PRUETT, Appellant

### V.

### MARK STOLZ, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

Appellant filed an affidavit of indigence in the trial court. No contest to the affidavit was filed. Accordingly, appellant is allowed to proceed without prepayment of costs.

The reporter's record is past due. We **ORDER** Stephanie Moses, Official Court Reporter for the 193rd Judicial District Court of Dallas County, Texas, to file, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, either: (1) the reporter's record; or (2) written verification that appellant has not requested the record. *We notify appellant that if we receive verification of no request, we will submit the appeal without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Stephanie Moses and counsel for appellees and to send a copy of this order by first-class mail to appellant.

/s/      CAROLYN WRIGHT
              CHIEF JUSTICE